**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
*Electronically Filed*

**UNITED STATES OF AMERICA**

   *Plaintiff*

**Vs.**                                             **CR 3:23-CR-00075-1 & -2**

**STEPHEN TROY WILMOTH**           **HONORABLE DAVID J. HALE**

**and**

**ASHLEY RAMSEY-WILMOTH**

   *Defendant*

_____/

**NOTICE OF FILING**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

    Come the Defendants, Stephen Troy Wilmoth and Ashley Ramsey-Wilmoth, and jointly file the attached Statements of Defendants' character in the above matter.

                                          Respectfully submitted,

                                          */s/ Jude A. Hagan*
                                          JUDE A. HAGAN
                                          105 WEST MAIN STREET
                                          LEBANON, KENTUCKY  40033
                                          PHONE:       (270)692-2161
                                          FACSIMILE:  (270)692-2347
                                          **ATTORNEY FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

 I hereby certify that the forgoing was e-filed via the Court's EFC e-filing system on this 19th day of December, 2023 and notification of same to all registered electronic filing participants in the above styled case, including, but not limited to, the following:

Hon. Joseph Ansari
Assistant United States Attorney
Joseph.Ansara@usdoj.gov

              */s/Jude A. Hagan*
              JUDE A. HAGAN