## Jude Hagan

**From:** Cynthia Thomas <clthomas053@gmail.com>
**Sent:** Thursday, November 30, 2023 2:56 PM
**To:** Jude Hagan
**Subject:** Re: On Behalf of Ashley Wilmoth

Ashley is my daughter. She was raised and lived by us and her three brothers. She was so very close to the boys, like a second mother. She was raised in the church. She was a happy child always and loved everyone and everything in life.

To say I was shocked when I learned of this would be an understatement. We were blown away. This is so out of character for them both. We just find it so hard to imagine. I understand it was wrong and am disappointed. I feel sad that they didn't feel they could come to us in time of need. We are always here for them.

Ashley was loved and respected by her customers. She went above and beyond to help and serve them all. I remember many times I was riding home from my work with her and she would deliver some of the elderly their prescriptions and otc medicines also. She loves all the people that came in and was willing to help in any way possible.

Ashley is extremely close to her children. She does everything she can to make their life easier. That's what she lives for. I cannot imagine her not being there for them. Especially with her oldest graduating in 2024 and trying to start college at University of Kentucky. Ashley spends so much of her time helping her prepare and keeping up with her grades and extracurricular to get ready for college. Ashley is an integral part of their lives.

Ashley and her kids and Troy are a wonderful family together with his children. Their family dynamics are strong and they are very happy together.

Respectfully
Cynthia Thomas