# Jude Hagan

| | |
|---|---|
| **From:** | Rhonda Armstrong <rhondajarmstrong@gmail.com> |
| **Sent:** | Thursday, December 14, 2023 11:38 AM |
| **To:** | Jude Hagan |
| **Subject:** | letter for Ashley Ramsey-Wilmoth |
| **Attachments:** | Ashley Ramsey-Wilmoth letter.pdf |

I have attached a letter in support of Ashley Ramsey-Wilmoth for her upcoming sentencing. Please let me know if you need anything further. I apologize for getting this to you so late; it was very difficult to write.

Thank you,

Rhonda Armstrong

1

Dr. Rhonda Armstrong
2530 Henry St.
Augusta, GA 30904
(706) 589-4473
rhondajarmstrong@gmail.com

District Judge David J. Hale
Gene Snyder United States Courthouse
601 West Broadway
Room 239
Louisville, KY 40202-2227

November 30, 2023

Dear Judge Hale:

I have known Ashley Ramsey-Wilmoth her entire life, and I hope I can offer context that may be helpful as you consider her sentence. Ashley's mother is my first cousin, with whom I was close growing up. As a teenager, I babysat Ashley during summers and continued to do so when I was in college. I watched Ashley grow up into a caring adult, an irreplaceable piece of our family and her community. When I heard about her indictment, I was shocked, but I know that what she has done is not the whole of who she is.

Even as a young child, Ashley took care of others. I remember babysitting her one afternoon when she was four or five years old, and I made a comment about wanting a snack or a drink. Ashley went to the kitchen and returned with it in hand. When I explained that I hadn't meant for her to get it for me, she told me something to the effect of, that's what children are supposed to do: they help out their families. Even at that very young age, Ashley saw herself as someone who was supposed to take care of others. This is not to suggest that no one was taking care of Ashley; in fact, she had a close extended family watching out for her. She was just unusually aware of what others needed and she has always looked out for those around her .When she saw a need, she filled it.

She has maintained this spirit of caring throughout her adulthood. I last saw her at her aunt's funeral, exhausted from grief but also from the many hours she had spent caring for her aunt and her family. She was there with me in the days leading up to my own mother's death. I have heard that she would take time after work to deliver medications to customers who were unable to come to the store. They needed her, and she was there for them. Her longstanding sense of responsibility for others is what has made her recent actions so difficult for me and others in our family to understand.

Because she is such a caretaker figure, losing Ashley to a prison sentence will leave an unfillable gap. She is a mother, of course, with two children at a vulnerable age. She is also the only daughter in a family where caretaking responsibilities tend to fall to daughters first. She has a role to fill in her family and her community, so much that she still can offer the world. I hope that she can be given a chance to do what she has done for so much of her life: to care for people, to make her amends through giving back, rather than simply isolated, away from those she still could help. I know Ashley's generous and kind soul, and I want you to know that part of her as well.

I make no excuses for what Ashley has done. She lives with the consequences of her actions. She has already suffered the loss of a career she enjoyed and was good at, and deep rifts between her and some of her closest family members. Her mistakes have caused a great deal of grief, but please know that Ashley has also brought to the world a great deal of joy, aid, and comfort to those who have need it most. She is so much more than just this one set of actions.

I am available to provide additional information if it would be helpful. I thank you for your consideration as you weigh Ashley's sentence. She is very dear to me and to so many others.

Sincerely yours,

*Rhonda Armstrong*
Rhonda Armstrong